| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Moore, Kimberly A. | 2. Court or Organization Federal Circuit | 3. Date of Report 09/23/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

U.S.C.A. Federal Circuit
717 Madison Place, NW
Washington, DC 20439

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**FINANCIAL DISCLOSURE REPORT**

Page 2 of 8

Name of Person Reporting

Moore, Kimberly A.

Date of Report

09/23/2014

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | West-Thomson, Book Royalities | $5,887.90 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | attorney, self-employed, partner |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Federal Circuit Bar Association | 6/19/2013 - 6/23/2013 | Colorado Springs, CO | Educational activities exclusive of judicial education | Transportation, meals and lodging |
| 2. | Intellectual Property Section of the State Bar of Georgia | 11/06/2013 - 11/10/2013 | Montego Bay, Jamaica | Educational activities exclusive of judicial education / participant in IP Conference | Transportation, meals and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moore, Kimberly A.** | 09/23/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Mortgage on rental property | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property (2008 $2,211,554.00) ▓▓▓▓▓ | G | Rent | P1 | S | | | | | |
| 2. Capital One Bank Accounts | A | Interest | N | T | | | | | |
| 3. Citibank Account | A | Interest | O | T | | | | | |
| 4. Northwestern Mutual Life Insurance | B | Dividend | J | T | | | | | |
| 5. Northwestern Mutual Life Insurance | B | Dividend | J | T | | | | | |
| 6. Berkshire Life Insurance | A | Dividend | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. Charles Schwab Accounts A (H) | | | | | | | | | |
| 9. -United Health Bonds | B | Interest | K | T | | | | | |
| 10. -Anheuser Busch Bonds | C | Interest | L | T | | | | | |
| 11. -Intersoll-RND | C | Interest | L | T | | | | | |
| 12. -XTO Energy Inc | B | Interest | K | T | | | | | |
| 13. -Vanguard GNMA | B | Dividend | | | Sold | 10/18/13 | L | | |
| 14. -Vanguard High Yield | D | Dividend | L | T | | | | | |
| 15. -Pimco Dynamic Income | D | Dividend | M | T | Buy (add'l) | 03/19/13 | K | | |
| 16. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 17. | | | | | Buy (add'l) | 11/08/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 19. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 20. | | | | | Buy (add'l) | 12/23/13 | K | | |
| 21. | | | | | Buy (add'l) | 12/27/13 | J | | |
| 22. | | | | | Buy (add'l) | 12/27/13 | J | | |
| 23. | | | | | Buy (add'l) | 12/27/13 | L | | |
| 24. -Radian Group Inc. | | None | | | Sold (part) | 03/12/13 | K | E | |
| 25. | | | | | Sold (part) | 03/12/13 | K | E | |
| 26. | | | | | Sold | 03/19/13 | L | E | |
| 27. -Pimco Exch Traded Fund | B | Dividend | M | T | Buy | 03/12/13 | J | | |
| 28. | | | | | Buy (add'l) | 03/12/13 | L | | |
| 29. -Schwab GNMA Fund | | None | | | Buy | 04/09/13 | K | | |
| 30. | | | | | Sold | 10/17/13 | K | | |
| 31. -Schwab Target 2015 Fund | | None | | | Buy | 03/22/13 | K | | |
| 32. | | | | | Sold | 04/09/13 | K | | |
| 33. -Direxion SHS Exch TRD | D | Dividend | | | Buy | 10/24/13 | L | | |
| 34. | | | | | Sold (part) | 12/23/13 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Moore, Kimberly A. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 12/26/13 | L | D | |
| 36. Charles Schwab Accounts B (H) | | | | | | | | | |
| 37. -Vanguard Developed Markets | | None | J | T | | | | | |
| 38. -Vanguard Total Stock Market | C | Dividend | N | T | Buy (add'l) | 01/03/13 | J | | |
| 39. | | | | | Buy (add'l) | 04/16/13 | L | | |
| 40. -Morley Stable Value Fund Net 20 | | None | M | T | | | | | |
| 41. -T. Rowe Price Mid-Cap Growth | E | Dividend | N | T | Buy (add'l) | 01/03/13 | J | | |
| 42. | | | | | Buy (add'l) | 04/16/13 | L | | |
| 43. -Vanguard Institutional Index I | C | Dividend | M | T | Buy (add'l) | 01/03/13 | J | | |
| 44. | | | | | Buy (add'l) | 04/16/13 | L | | |
| 45. -Vanguard Total Bond | D | Int./Div. | N | T | Buy (add'l) | 01/03/13 | J | | |
| 46. | | | | | Buy (add'l) | 04/16/13 | L | | |
| 47. VA 529 Plans (H) | | | | | | | | | |
| 48. -pre Paid | A | Int./Div. | M | T | | | | | |
| 49. -in Vest Southside | C | Int./Div. | M | T | Buy (add'l) | 04/18/13 | J | | |
| 50. -in Vest Piedmont | A | Int./Div. | K | T | Buy (add'l) | 04/18/13 | J | | |
| 51. -in Vest Chesapeake* | A | Int./Div. | K | T | Buy | 05/28/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 09/23/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Amended report is being filed with corrections as requested in AO's letter of inquiry dated 9/17/2014

*Part VII, line 51 - in Vest Chesapeake was inadvertently omitted from original annual report dated and filed on 5/13/2014

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kimberly A. Moore**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544